IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA
No. 1:22-cv-611

| | |
|---|---|
| COMMON CAUSE, ELIZABETH MARION SMITH, SETH EFFRON, JAMES M. HORTON, TYLER C. DAYE, and SABRA J. FAIRES, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY K. MOORE, Speaker, North Carolina House of Representatives; and PHILLIP E. BERGER, President Pro Tempore, North Carolina Senate, <br><br> Defendants. | **CONSENT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Elizabeth Marion Smith, Seth Effron, James M. Horton, Tyler C. Daye, and Sabra J. Faires, with consent of counsel for Defendants, move for leave to file their Second Amended Complaint. In support of the same, Plaintiffs show the Court the following:

1. On August 2, 2022, Plaintiffs filed their original Complaint in the United States District Court for the Middle District of North Carolina. (D.E. 1).

2. On September 20, 2022, Plaintiffs filed an amended complaint as of right. (D.E. 11).

3. On September 23, 2022, Defendants filed a motion for extension of time to answer. (D.E. 12). The Court granted Defendants' motion for an extension to answer the complaint until October 14, 2022. (D.E. 12).

4. On October 14, 2022, Defendants filed a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1), for lack of jurisdiction, and 12(b)(6), for failure to state a claim upon which relief can be granted. (D.E. 14). Defendants also filed a memorandum in support of their motion. (D.E. 15).

5. On November 4, 2022, Plaintiffs filed a response in opposition to Defendants' motion to dismiss. (D.E. 16).

6. On November 18, 2022, Defendants filed a reply in response to Plaintiffs' response. (D.E. 17).

7. The motions and replies are pending before the Court.

8. Rule 15(a)(2) of the Federal Rules of Civil Procedure states: "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

9. Plaintiffs seek to add the Governor, in his official capacity, as a party Defendant in this case.

10. Counsel for the Defendants, Timothy K. Moore and Phillip E. Berger, have consented, in writing, to this amendment. (Exhibit B).

11. Given the early stage of the proceedings, amendment of the complaint will not impose an undue delay or prejudice on Defendants.

12. A copy of the proposed Second Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs respectfully move that the Court enter the proposed order filed herewith granting leave for Plaintiffs to file the Second Amended Complaint.

Respectfully submitted this 12th day of December 2022.

By: /s/ Edwin M. Speas, Jr.
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
espeas@poynerspruill.com
Caroline P. Mackie
N.C. State Bar No. 41512
cmackie@poynerspruill.com
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, North Carolina 27602
Telephone: (919) 783-6400
Facsimile: (919) 783-1075

By: /s/ Michael Crowell
Michael Crowell
N.C. State Bar No. 1029
lawyercrowell@gmail.com
1011 Brace Lane
Chapel Hill, North Carolina 27516
Telephone: (919) 812-1073

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such to the following:

D. Martin Warf
Phillip J. Strach
NELSON MULLINS RILEY & SCARBOROUGH LLP
4140 Parklake Drive, Suite 200
Raleigh, NC 27612
martin.warf@nelsonmullins.com
phillip.strach@nelsonmullins.com
*Attorneys for Defendants Timothy K. Moore, Speaker,
North Carolina House of Representatives and
Philip E. Berger, President Pro Tempore, North Carolina Senate*

This the 12th day of December 2022.

**POYNER SPRUILL LLP**
By: /s/ Edwin M. Speas, Jr.
Edwin M. Speas
