IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
COMMON CAUSE, ELIZABETH          )
MARION SMITH, SETH EFFRON,       )
JAMES M. HORTON, TYLER C.        )
DAYE, and SABRA J. FAIRES,       )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )    1:22-cv-611
                                 )
TIMOTHY K. MOORE, Speaker,       )
North Carolina House of          )
Representatives, TIMOTHY K.      )
MOORE, Speaker, North Carolina   )
House of Representatives,        )
PHILLIP E. BERGER, President     )
Pro Tempore, North Carolina      )
Senate, and ROY A. COOPER, III,  )
Governor of North Carolina,      )
                                 )
          Defendants.            )
```

## ORDER

This matter comes before the court upon Plaintiffs' Unopposed Motion to Stay. (Doc. 38.) Plaintiffs move the court to stay this litigation until the final determination of <u>Roy A. Cooper, III v. Philip E. Berger, et al.</u>, 23CVS029308-910 (Wake County). Having considered the motion, with no opposition from Defendants, and for good cause shown, this court finds the motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion to Stay, (Doc. 38), is **GRANTED** and all litigation deadlines in

this matter are hereby **STAYED** pending further order of this court.

    **IT IS FURTHER ORDERED** that the parties are required to file a status report every 120 days and, when appropriate, a motion to reopen the case once Cooper v. Berger is resolved.

    This the 2nd day of February, 2024.

                                                                    */s/ William L. Osteen, Jr.*
                                                                 United States District Judge