IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
COMMON CAUSE, ELIZABETH MARION    )
SMITH, SETH EFFRON, JAMES M.      )
HORTON, TYLER C. DAYE, and        )
SABRA J. FAIRES,                  )
                                  )
            Plaintiffs,           )
                                  )
    v.                            )    1:22-cv-611
                                  )
TIMOTHY K. MOORE, Speaker,        )
North Carolina House of           )
Representatives, TIMOTHY K.       )
MOORE, Speaker, North Carolina    )
House of Representatives,         )
PHILLIP E. BERGER, President      )
Pro Tempore, North Carolina       )
Senate, and ROY A. COOPER, III,   )
Governor of North Carolina,       )
                                  )
            Defendants.           )
```

**ORDER**

This matter comes before the court upon a Joint Status Report. (Doc. 42.) The Parties report to the court that the matter of <u>Roy A. Cooper, III v. Philip E. Berger, et al.</u>, 23CVS029308-10 (Wake County), remains pending. Further, that the matter is currently being briefed for review by the Court of Appeals. The Parties request that this court's stay remain in effect. Having considered the status report, and for good cause shown,

**IT IS HEREBY ORDERED** that all proceedings in this action shall remain **STAYED** pending further order of this court. The parties are directed to file a status report every 120 days.

This the 27th day of September, 2024.

							_____
							United States District Judge

- 2 -

Case 1:22-cv-00611-WO-JLW   Document 43   Filed 09/27/24   Page 2 of 2