IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT
OF NORTH CAROLINA
No. 1:22-cv-611

| | |
|---|---|
| COMMON CAUSE, ELIZABETH MARION SMITH, SETH EFFRON, JAMES M. HORTON, TYLER C. DAYE, AND SABRA J. FAIRES,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY K. MOORE, Speaker, North Carolina House of Representatives; and PHILIP E. BERGER, President Pro Tempore, North Carolina Senate; and ROY A. COOPER, III, Governor of North Carolina,<br><br>(*all in their official capacity only*)<br><br>Defendants. | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Common Cause, Elizabeth Marion Smith, Seth Effron, James M. Horton, Tyler C. Daye, and Sabra Faires ("Plaintiffs") and Defendants Timothy K. Moore, Speaker, North Carolina House of Representatives; Philip E. Berger, President Pro Tempore, North Carolina Senate; and Roy A. Cooper, III, Governor of North Carolina ("Defendants"), all in their official capacity only, each by and through counsel, hereby agree to dismiss all pending claims in this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear their own attorneys' fees, costs and expenses arising from this action.

SO STIPULATED this the 18th day of March, 2025.

JOSHUA H. STEIN
Attorney General

By: /s/ Matthew Tulchin
Matthew Tulchin
Special Deputy Attorney General
N.C. State Bar No. 43921
mtulchin@ncdoj.gov
Amar Majmundar
Senior Deputy Attorney General
N.C. State Bar. No. 24668
amajmundar@ncdoj.gov
N.C. Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602
Telephone: (919) 716-6900
Facsimile: (919) 716-6761

*Counsel for Defendant Governor Roy A. Cooper, III*

By: /s/ Caroline P. Mackie
Edwin M. Speas, Jr.
N.C. State Bar No. 4112
espeas@poynerspruill.com
Caroline P. Mackie
N.C. State Bar No. 41512
cmackie@poynerspruill.com
POYNER SPRUILL LLP
P.O. Box 1801
Raleigh, North Carolina 27602
Telephone: (919) 783-6400
Facsimile: (919) 783-1075

*Counsel for Plaintiffs*

By: /s/ D. Martin Warf
D. Martin Warf
N.C. State Bar No. 32982
martin.warf@nelsonmullins.com
Phillip J. Strach
N.C. State Bar No. 29456
phil.strach@nelsonmullins.com
NELSON MULLINS RILEY &
SCARBOROUGH LLP
301 Hillsborough Street, Suite1400
Raleigh, North Carolina 27603
Telephone: (919) 329-3800
Facsimile: (919) 329-3799

*Counsel for Defendants Timothy K. Moore and Philip E. Berger*

By: /s/ Michael Crowell
Michael Crowell
N.C. State Bar No. 1029
lawyercrowell@gmail.com
1011 Brace Lane
Chapel Hill, North Carolina 27516
Telephone: (919) 812-1073

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the foregoing **Stipulation of Dismissal Without Prejudice** with the Clerk of Court using the CM/ECF system, which will send a notice of filing to counsel of record for all parties.

This the 18th day of March, 2025.

/s/ Caroline P. Mackie
Caroline P. Mackie

3

Case 1:22-cv-00611-WO-JLW   Document 44   Filed 03/18/25   Page 3 of 3